# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| N2 SELECT, LLC, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 4:18-CV-00001-DGK |
| N2 GLOBAL SOLUTIONS, INC., et al., | ) ) ) | |
| Defendants. | ) | |

### ORDER CONCERNING N2 GLOBAL SOLUTIONS, INC.'S REPRESENTATION

In reviewing the docket, the Court sees several instances where *pro se* Defendant Paul Amelio ("Amelio"), who is not an attorney, has made filings claiming to represent both himself and the Defendant corporation, N2 Global Solutions, Inc. In fact, the docket shows no attorney has ever entered an appearance on the corporation's behalf, so it is unrepresented.

Amelio may not represent the corporation, nor may the corporation proceed *pro se*. A non-lawyer may not represent a corporation in federal court; a corporation can be represented by a licensed attorney only. *United States v. Van Stelton*, 988 F.2d 70 (8th Cir. 1993). Also, a corporate defendant cannot represent itself. *Ackra Direct Mktg. Corp. v. Fingerhut Corp.*, 86 F.3d 852, 857 (8th Cir. 1996) ("[T]he law does not allow a corporation to proceed *pro se*.").

Defendant N2 Global Solutions, Inc., will have to obtain representation from a licensed attorney or go into default. The Court will give Amelio, or any other appropriately positioned party, until January 11, 2019, to obtain such representation for the corporation. If a licensed attorney has not entered an appearance on the corporation's behalf within this time, the Court will enter an order of default against it.

**IT IS SO ORDERED.**

Date:   December 6, 2018                    /s/ Greg Kays
                                            GREG KAYS, CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT