# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| N2 SELECT, LLC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:18-CV-00001-DGK |
| | ) | |
| N2 GLOBAL SOLUTIONS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DIRECTING ENTRY OF DEFAULT AGAINST DEFENDANT
## N2 GLOBAL SOLUTIONS, INC.

On December 6, 2018, the Court noted that no attorney had entered an appearance on behalf of Defendant corporation N2 Global Solutions, Inc. ("N2 Global") and that a corporate defendant could not represent itself. *Ackra Direct Mktg. Corp. v. Fingerhut Corp.*, 86 F.3d 852, 857 (8th Cir. 1996) ("[T]he law does not allow a corporation to proceed *pro se*."). The Court gave Defendant Paul Amelio (who had previously asserted he was representing N2 Global) or any other appropriately positioned party until January 11, 2019, to obtain representation for the corporation. The Court cautioned that if an attorney has not entered an appearance on the corporation's behalf by that date, the Court would enter an order of default against it.

That date has come and gone, and no attorney has entered an appearance on N2 Global's behalf.

The Court ORDERS the Clerk of the Court to make an entry of default against Defendant N2 Global Solutions, Inc.

**IT IS SO ORDERED.**

Date:  January 28, 2019   /s/ Greg Kays  
GREG KAYS, JUDGE  
UNITED STATES DISTRICT COURT